UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN LLANOS RANGEL,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

No. 2:26-cv-02882-DAD-CKD

ORDER DIRECTING FILING OF STATUS REPORT

On November 5, 2026, defendants filed a declaration informing the court that, due to a determination by USCIS regarding plaintiff's I-485 application, defendants advised plaintiff via email that this case is now moot and requested that plaintiff voluntarily dismiss this case. (Doc. No. 7 at ¶¶ 2–4.) According to defendants, as of November 5, 2026, plaintiff has not responded to defendants' communication. (*Id.* at ¶ 4.) Accordingly, the court DIRECTS plaintiff to file a status report no later than November 16, 2026 regarding plaintiff's position as to whether this action is now moot. Plaintiff's failure to file the status report as directed by this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **November 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE